# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:13-00065 (3) |
| | ) | |
| Terry Duane Jordan | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing and arraignment are scheduled as follows:

| Place: U.S. District Court 801 Broadway Nashville, TN 37203 | Courtroom No.: 776 |
|---|---|
| | Date and Time:   February 21, 2014 at 3:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   February 18, 2014

_____
*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*