IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00065 |
| | ) | |
| TERRY DUANE JORDAN | ) | |

**O R D E R**

The defendant's motion to allow him to change residence (Docket Entry No. 110) is GRANTED.

The defendant shall be permitted to move to the address listed in the motion.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge