PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Terry Duane Jordan       Docket No. 0650 3:13CR00065 - 3

### Petition for Action on Conditions of Pretrial Release

COMES NOW Angela D. Smith, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Terry Duane Jordan who was placed under pretrial release supervision by the Honorable Juliet Griffin, U.S. Magistrate Judge sitting in the Court at Nashville, Tennessee, on February 21, 2014, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page three of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Angela D. Smith  *(signature)*        Nashville, TN        May 27, 2014
U.S. Pretrial Services Officer         Place:              Date:

**Next Scheduled Court Event**  Trial / Event     July 29, 2014 / Date

---

## PETITIONING THE COURT

☐ No Action  
☒ To Issue a Warrant  

☐ To issue an order setting a hearing on the petition  
☐ Other  

---

THE COURT ORDERS:
☐ No Action
☒ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution
     (cc: U.S. Probation and U.S. Marshals only)
☐ Other

☐ A Hearing on the Petition is set for

_____     _____
Date                Time

Considered and ordered this 28th day of May, 2014, and ordered filed and made a part of the records in the above case.

*(signature)*
Honorable Juliet Griffin
U.S. Magistrate Judge

Honorable Juliet Griffin
U.S. Magistrate Judge
Petition for Action on
Terry Jordan
Docket:3:13CR00065
May 27, 2014

On February 18, 2014, Terry Jordan appeared before the Honorable U.S. Magistrate Judge John S. Bryant for an Initial Appearance after being charged with violating 21 U.S.C. § 846 - Conspiracy to Possess With the Intent to Distribute Over 1,000 Kilograms of Marijuana. A Detention Hearing was scheduled for February 21, 2014.

On February 21, 2014, the defendant appeared before the Honorable U.S. Magistrate Judge Juliet Griffin for a Detention Hearing. The Government withdrew their Motion for Detention, and the defendant was released to pretrial supervision with special conditions.

Mr. Jordan reported to the U.S. Probation Office for a post release intake interview and was seen by U.S. Probation Officer Maria Johnson. All conditions were read and explained to the defendant by Officer Johnson. Mr. Jordan advised he understood all conditions, including that he obey all laws and consume no alcohol. The defendant also signed the Order Setting Conditions of Release.

The defendant was referred by this officer to Centerstone for an alcohol and drug assessment. The assessment was prepared on April 25, 2014, and provided to this officer. During the assessment, the defendant informed the therapist that he previously consumed alcohol on a social basis, only "drinking excessively once or twice." He then stated that "it has been years since he had any alcohol."

**Special Conditions of Release:**

Please reference the attached original Order Setting Conditions of Release.

**New Violations:**

**The defendant shall not violate any local, state or federal law. If he does, he could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.**

**Defendant shall refrain from any use of alcohol.**

On Sunday, May 25, 2014, this officer received notification from Metropolitan Nashville Police Department that defendant Jordan was arrested this date at 2:08 a.m. for Driving Under the Influence, 4th Offense, Violation of Implied Consent, and Driving on Revoked License, 2nd Offense.

According to the affidavit, on May 25, 2014, the defendant was observed by a Metropolitan Nashville Police Officer while driving eastbound on Old Hickory Boulevard. The defendant failed to stop at a stop sign. The officer initiated a traffic stop and made contact with the defendant. The officer noted an odor of alcohol coming from the vehicle. During the stop, a records check was conducted which reflected the defendant's drivers license was revoked. The officer instructed the defendant to step out

2

Honorable Juliet Griffin
U.S. Magistrate Judge
Petition for Action on
Terry Jordan
Docket:3:13CR00065
May 27, 2014

of the vehicle. According to the affidavit, the defendant was uneasy on his feet, his speech was slurred, and his eyes were bloodshot and watery. During the field sobriety tests, the defendant allegedly showed numerous indicators of being intoxicated. Mr. Jordan refused the blood test and, as a result, a search warrant was issued and a sample of the defendant's blood was drawn.

**Respectfully Petitioning the Court as Follows:**

The U.S. Probation and Pretrial Services Office would respectfully request that a warrant be issued and a hearing be set to determine why the defendant's bond should not be revoked. Assistant U.S. Attorney Brent Hannafan has been notified and concurs with this officer's recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer


Attachments


cc: Assistant U.S. Attorney Brent Hannafan
CJA Panel Attorney Barry Tidwell

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. TERRY DUANE JORDAN          CASE NO.: 3:13-00065

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RELEASE ORDER AND CONDITIONS OF RELEASE

☒   Defendant is released on his/her own recognizance, no appearance bond shall be posted, and the following ~~statutorily required~~ standard conditions of release are hereby imposed:

☐   Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

☐   Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

☐   Defendant shall be released on a surety bond as described below:

☐   Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WHILE ON RELEASE, I FULLY UNDERSTAND:**

1)   I may not change my address or move without permission of the Court. My correct address has been provided to Pretrial Services.

2)   I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

3)   I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

4)   I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. TERRY DUANE JORDAN          CASE NO.: 3:13-00065

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

5) If I violate any condition of release, a warrant for my arrest could be issued, ~~any bond~~ I ~~signed may be forfeited~~, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court.

6) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

7) This special condition or conditions:

   1. Defendant shall report to Pretrial Services as directed

   2. ~~Defendant is placed in the third party custody of Maria Elena Amezquita and Anna Marie Deleme~~

   3. Defendant shall maintain or actively seek employment as directed by Pretrial Services and as his health permits

   4. Defendant's travel is restricted to the Middle District of Tennessee, unless he obtains prior approval from Pretrial Services, ~~except~~ to retrieve his personal belongings from Grayson Cty, Ky.

   5. Defendant shall not possess any firearm, ammunition, or other destructive device

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. TERRY DUANE JORDAN        CASE NO.: 3:13-00065

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

6.   ~~Defendant shall surrender his passport to Pretrial Services~~ *not apply for* ✗

7.   Defendant shall not apply for a new passport during the pendency of this case

8.   Defendant shall refrain from any use of alcohol

9.   Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner

10.  Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance, such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing

11.  Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling *and/or mental health counseling* if deemed appropriate by the Pretrial Services Officer, any inpatient treatment may be followed by up to 90 days in a halfway house   *JO*

12.  Defendant shall refrain from obstructing or attempting to obstruct of tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. TERRY DUANE JORDAN          CASE NO.: 3:13-00065

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

which is required as a condition of release

13. Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop

14. Defendant shall allow a Probation/Pretrial Services Officer to visit at any time at home or elsewhere and confiscate any contraband observed in plain view

15.

Reviewed:
2/26/14

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. TERRY DUANE JORDAN          CASE NO.: 3:13-00065

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____
_____
_____

     I acknowledge I have read this Order. I understand that I will receive a copy of it and any Appearance Bond that the Court has ordered at the conclusion of this hearing.

Date: _February 21, 2014_ X_____
                                             Defendant

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

The **Middle District of Tennessee** consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):
    U.S. Magistrate Judge Juliet Griffin          - 736-5164
    U.S. Magistrate Judge Joe B. Brown        - 736-7052
    U.S. Magistrate Judge E. Clifton Knowles  - 736-7347
    U.S. Magistrate Judge John S. Bryant      - 736-5878
    Clerk of Court                                   - 736-5498
    U.S. Marshal                                      - 736-5417
    U.S. Attorney                                     - 736-5151
    U.S. Probation                                   - 736-5771
    Federal Public Defender                - 736-5047

The United States District Court in **Nashville** is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in **Cookeville** is located at 9 East Broad Street. The Court in **Columbia** is located at 816 South Garden Street.