UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00065 |
| | ) | JUDGE SHARP |
| TERRY DUANE JORDAN [3] | ) | |

**O R D E R**

Pending before the Court is a SEALED MOTION (Docket No. 204).

The motion is GRANTED and the sentencing hearing scheduled for October 31, 2014, is hereby rescheduled for Monday, February 9, 2015, at 2:30 p.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE